| | |
|---|---|
| 1 | Arnold L. Graff (SBN 269170) |
| | agraff@piteduncan.com |
| 2 | Philip Giles (SBN 272582) |
| | PGiles@piteduncan.com |
| 3 | **PITE DUNCAN, LLP** |
| | 4375 Jutland Drive, Suite 200 |
| 4 | P.O. Box 17933 |
| | San Diego, CA 92177-0933 |
| 5 | Telephone: (858) 750-7600 |
| | Facsimile: (619) 590-1385 |

Attorneys for Bayview Loan Servicing, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>ANTHONY PADILLA BUSTOS AND MARISSA TAGULAO BUSTOS,<br><br>Debtors. | Case No. 10-41854<br><br>**NOTICE OF TRANSFER OF CLAIM #6** |

The undersigned hereby gives notice of the assignment and transfer of the above-filed claim and submits the following information:

Name and address and loan number of transferor:

>  Loan Number: xxxxxx8438
>  CitiMortgage, Inc.
>  P.O. Box 6941
>  The Lakes, NV 88901-6941

Name and address and loan number of transferee:

>  Loan Number: xxxxxx3888
>  Bayview Loan Servicing, LLC
>  4425 Ponce De Leon Boulevard
>  5th Floor
>  Coral Gables, FL 33134

Amount of claim being transferred $294,735.26.

Dated: October 8, 2012                PITE DUNCAN, LLP


                                      /s/ Arnold L. Graff
                                      ARNOLD L. GRAFF
                                      Attorneys for BAYVIEW LOAN
                                      SERVICING, LLC

- 1 -

| | |
|---|---|
| 1 | UNITED STATES BANKRUPTCY COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION |
| 3 | CASE NO. 10-41854 |
| 4 | CERTIFICATE OF SERVICE BY MAIL |

I, Ian C. Schroeder, am a resident of San Diego, California, and I am over the age of eighteen (18) years, and not a party to the within action. My business address is 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933.

I served the attached NOTICE OF TRANSFER OF CLAIM by placing a true copy thereof in an envelope addressed to:

SEE ATTACHED SERVICE LIST

which envelope was then sealed and postage fully prepaid thereon, and thereafter on October 8, 2012, deposited in the United States Mail at San Diego, California. There is regular delivery service between the place of mailing and the place so addressed by the United States Mail.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 8, 2012       /s/ Ian C. Schroeder
                             IAN C. SCHROEDER

# SERVICE LIST

**DEBTOR(S)**

Anthony Padilla Bustos
Marissa Tagulao Bustos
123 Coventry
Hercules, CA 94547

**DEBTOR(S) ATTORNEY**

Patrick L. Forte
Law Offices of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612-3610

**CHAPTER 13 TRUSTEE**

Martha G. Bronitsky
P.O. Box 9077
Pleasanton, CA 94566