```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 10-41854 RLE** |
| **ANTHONY PADILLA BUSTOS and MARISSA TAGULAO BUSTOS,** | Chapter 13 |
| Debtors. | **MOTION TO MODIFY CHAPTER 13 PLAN** |
| _____/ | |

    The above-named debtors apply to the court for an order to modify their Chapter 13 Plan as follows:

    Debtors shall surrender the real property located at 123 Coventry, Hercules, CA 94547 to Bayview Loan Servicing, LLC, CitiMortgage/Citibank, NA, and the Contra Costa County Tax Collector.

    Commencing May 2013, debtors will pay $115.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

///

///

///

///

The modification is sought on the following grounds: Debtors can no longer afford to keep the aforementioned property.

Dated: April 8, 2013

                                              /s/ Patrick L. Forte
                                              PATRICK L. FORTE
                                              Attorney for Debtors