BALPREET THIARA (CA SBN 265150)
ERIN LANEY (CA SBN 259863)
PARADA K. ORNELAS (CA SBN 272724)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

The following constitutes
the order of the court. Signed April 29, 2013

Roger L. Efremsky
U.S. Bankruptcy Judge

Attorneys for BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ANTHONY PADILLA BUSTOS AND MARISSA TAGULAO BUSTOS,<br><br>Debtor/Debtor(s). | Case No. 10-41854<br><br>Chapter 13<br><br>ORDER ON STIPULATION TERMINATING AUTOMATIC STAY |

The parties having agreed to the terms set forth in the Stipulation Terminating Automatic Stay are bound by the terms of their stipulation. The Stipulation Terminating Automatic Stay, filed on April 29, 2013, docket number 51, is hereby approved and made an order of the court.

**END OF ORDER**

# ORDER SERVICE LIST

## ATTORNEY FOR MOVANT

PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

## DEBTOR(S)

Anthony Padilla Bustos
123 Coventry
Hercules, CA 94547

Marissa Tagulao Bustos
123 Coventry
Hercules, CA 94547

## DEBTOR(S) ATTORNEY

Patrick L. Forte
Law Offices of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612-3610

## CHAPTER 13 TRUSTEE

Martha G. Bronitsky
P.O. Box 9077
Pleasanton, CA 94566

## U.S. TRUSTEE

U.S. Trustee
Department of Justice
1301 Clay St. #690N
Oakland, CA 94612

## OTHER LIENHOLDER(S)

Citi Mortgage Inc.
P.O. Box 6006
The Lakes, NV 88901

Tax Collector
County of Contra Costa
P.O. Box 7002
San Francisco, CA 94120-7002