PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

The following constitutes
the order of the court. Signed May 7, 2013

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re:**                                    Case No. 10-41854 RLE

**ANTHONY PADILLA BUSTOS and**                Chapter 13
**MARISSA TAGULAO BUSTOS**,
                                              <u>ORDER MODIFYING CHAPTER 13 PLAN</u>
            Debtors.
_____/

The above named debtors having served a Motion to Modify Chapter 13 Plan on April 8, 2013, and any opposition, if received, having been resolved and good cause appearing therefor;

**IT IS ORDERED** that debtors' Chapter 13 Plan be modified as follows:

Debtors shall surrender the real property located at 123 Coventry, Hercules, CA 94547 to Bayview Loan Servicing, LLC, CitiMortgage/Citibank, NA, and the Contra Costa County Tax Collector.

Commencing May 2013, debtors will pay $115.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

**END OF ORDER**

**COURT SERVICE LIST**

'No physical service required'